UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL JONES,

                                Plaintiff,

           -against-                      **ORDER TO PRODUCE**

CITY OF NEW YORK, et al.,                  18-CV-1937 (VSB)

                                Defendants.

------------------------------------------------------------------------ x

**WHEREAS**, Michael Jones (DIN No. 90-A-5292), Plaintiff *pro se*, is a state prisoner in the custody of the New York State Department of Corrections and Community Supervision at Sing Sing Correctional Facility, 354 Hunter St., Ossining, New York 10562;

**IT IS HEREBY ORDERED** that the deposition of Plaintiff in *Michael Jones v. City of New York, et al.*, 18-CV-1937, shall be conducted by video-conference on January 21, 2020, beginning at 10:30 in the forenoon, and shall be recorded by stenographic means; and

**IT IS HEREBY FURTHER ORDERED** that the Warden or other official in charge of Sing Sing Correctional Facility, shall produce Plaintiff, by video-conference, for such deposition at the aforementioned date and time, and for so long thereafter, from day to day, as the deposition continues, for a total of up to seven hours.

Dated:      New York, New York
             December 27, 2019

                                              SO ORDERED:

                                              Vernon S. Broderick
                                              United States District Judge