USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/18/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MICHAEL JONES, :
:
                    Plaintiff, :
:     18-CV-1937 (VSB)
      -against- :
:     **ORDER**
CITY OF NEW YORK, et al., :
:
                  Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    On April 2, 2020, I issued an Opinion & Order granting in part and denying in part Defendants' motions for judgment on the pleadings. (Doc. 93.) Among other things, I found that my prior dismissal of the *pro se* Plaintiff's claims against Jessy Liburd, Yves Gauvin, and Jorge Villalobos, medical workers at George Motchan Detention Center, as time-barred might have been in error, but that I did not have sufficient information to make that determination at that time. (*Id.* 20–21.) Accordingly, I directed the parties to submit supplemental briefing on this issue. (Doc. 93, at 37.) Within thirty days, Plaintiff was to submit a letter informing me whether he intended to proceed with any or all of his claims against those Gauvin, Liburd, and Villalobos, and setting forth the allegations supporting those claims. (*Id.*) Within thirty (30) days of receiving that letter, the City Defendants were to submit a response detailing (1) their position on whether the claims identified by Plaintiff should be reinstated, along with any supporting factual and legal authority; (2) whether, if those claims are reinstated, the New York City Law Department would represent the new defendants; and (3) if the Law Department intends to represent those Defendants, whether they will waive service and whether they need to

take any additional discovery.  (*Id.*)

On May 4, 2020, Plaintiff submitted a letter seeking an extension of the discovery period and stating that he was seen by Jorge Villalobos on March 23, 2015, a date within the statute of limitations, and providing supporting documents.  (Doc. 94.)  Plaintiff's letter did not mention Gauvin and Liburd, but he did attach a proposed amended complaint seeking to name 32 additional correction officers as defendants.  (Doc. 94, at Att. B.)

To date, however, Defendants have not submitted their letter in response.  Accordingly, it is hereby:

ORDERED that within thirty (30) days, Defendants shall submit a letter in response, containing the information set forth in my Opinion & Order, (*see* Doc. 93, at 37), and addressing plaintiff's request for an extension of the discovery deadlines and for leave to amend his complaint.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: June 18, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge