```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MICHAEL JONES,                                             :
                                                           :
                                    Plaintiff,             :
                                                           :
              -against-                                    :
                                                           :
CITY OF NEW YORK et. al.,                                  :     18-CV-1937 (VSB)
                                                           :
                                    Defendants.            :     ORDER
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of Defendants' submissions made pursuant to my June 18, 2020 Order. (Docs. 95, 96, 99, 103.)  It is hereby:

ORDERED that Plaintiff shall file any response to Defendants' submissions by September 4, 2020.

The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated:  August 14, 2020
        New York, New York

Vernon S. Broderick
United States District Judge