UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL JONES,                                           :

            Plaintiff,                              :        ORDER

  -v.-                                                        :
                                                           18 Civ. 1937 (VSB) (GWG)
CITY OF NEW YORK, et al.,                         :

            Defendants.                          :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The plaintiff's apparent request for discovery (referenced in Docket # 122) is denied inasmuch as there is no evidence that the requested handwritten notes still exist.

      Discovery having concluded, defendants' attorneys are directed to arrange for a telephone call with the plaintiff to discuss the possibility of settlement. On or before March 4, 2022, the defendants shall file a letter on behalf of all sides stating whether the parties believe it would be fruitful for the undersigned to hold a settlement conference in this matter before summary judgment motions are filed. The Clerk is requested to mail a copy of this Order to plaintiff.

      SO ORDERED.

      Dated: February 18, 2022
             New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge