

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Sharon Sprayregen
phone: 212-356-0873
fax: 212-356-2088
email: ssprayre@law.nyc.gov
(not for service)

November 18, 2022

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon B.
> VERNON S. BRODERICK
> U.S.D.J. 11/21/2022
>
> The motion for partial summary judgment, (Doc. 138), filed by the City Defendants' (as defined below), shall be held in abeyance for 30 days pending the submission of a Stipulation of Settlement and Order of Dismissal as to the City Defendants.

Re:  *Jones v. The City of New York et al.*
       18 CV 1937 (VSB) (GWG)

Dear Judge Broderick:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, counsel for Defendants the City of New York, Corizon Health, Inc., Commissioner Joseph Ponte, Dr. Rostislav Davydov, and PA Villalobos ("City Defendants") in the above action, in which *pro se* Plaintiff Michael Jones alleges unconstitutional conditions of confinement and unconstitutional strip searches while incarcerated.

      I write to inform the Court that City Defendants and Plaintiff have reached a settlement in principle regarding all of Plaintiff's claims against City Defendants. As such City Defendants motion for partial summary judgment (ECF No. 138) will soon be moot, and we respectfully request that the Court hold the motion in abeyance for 30 days. The parties will be submitting a Stipulation of Settlement and Order of Dismissal in short order.

      I also write in response to Plaintiff's letter dated November 14, 2022, which was uploaded to ECF this morning (ECF No. 171). I spoke to Mr. Jones this morning and informed him that City Defendants had not filed a reply in further support of their motion for partial summary judgment.

      Thank you for consideration of this matter.

                                                  Respectfully submitted,

                                                            /s/

                                                    Sharon Sprayregen  
                                                    Assistant Corporation Counsel

cc:    Michael Jones  
       Plaintiff *pro se*  
       90-A-5292  
       Wallkill Correctional Facility  
       Route 208, Box G  
       Wallkill, NY 12589-0286  
       (via regular mail)

       Bruce M. Brady  
       Attorneys for Defendant Olga Segal, MD  
       (via ECF)