```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MICHAEL JONES,                                             :
                                                           :
                           Plaintiff,                      :
                                                           :         18-CV-1937 (VSB)
              -against-                                    :
                                                           :              ORDER
CITY OF NEW YORK, et al.,                                  :
                                                           :
                           Defendants.                     :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On December 19, 2022, the parties filed a stipulation of voluntary dismissal, but it was flagged by the Clerk's Office as deficient. (Doc. 177.) On February 14, 2023, I ordered the parties to cure the still unresolved deficiencies. (Doc. 178.) the parties refiled the stipulation of dismissal on March 23, 2023, but once again, it was flagged by the Clerk's Office as deficient. (Doc. 179.) I ordered the parties to correct the deficiencies outlined by the Clerk's Office and provide clarification as to whether the stipulation of voluntary dismissal was intended to dismiss the action in its entirety. (Doc. 180.) Having heard nothing from the parties, I again ordered the parties on April 25, 2023 to refile the deficient stipulation of voluntary dismissal, (Doc. 179), by May 8, 2023, (Doc. 182). I also ordered Defense counsel to file a letter clarifying which parties, if any, remain, or whether the parties intend to dismiss the action in its entirety, and confirming that they have discussed the deficiencies of the previous stipulation and clarification of remaining parties with the Plaintiff. (Doc. 182.) To date, the deficient stipulation has not been refiled and Defense counsel has not provided the required letter. Accordingly, it is hereby

      ORDERED that Defense counsel shall comply with my previous orders, (Docs. 180,

182), by May 15, 2023.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: May 11, 2023
       New York, New York

                                        Vernon S. Broderick
                                        United States District Judge